**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Karen Canali, | Civil Action No.: 4:13-cv-40009 |
| Plaintiff, | |
| v. | |
| Charter Communications, Inc., | **COMPLAINT** |
| Defendant. | |

For this Complaint, the Plaintiff, Karen Canali, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiff's TCPA claims. Mims v. Arrow Fin. Serv., LLC, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

5. Plaintiff, Karen Canali ("Plaintiff"), is an adult individual residing in Worcester, Massachusetts.

6. Defendant Charter Communications, Inc. ("Charter"), is a Missouri business entity with an address of 12405 Powerscourt Drive, Saint Louis, Missouri.

## FACTS

7. In January 2013, Defendant began placing up to three calls a day to Plaintiff at her cellular telephone using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls") concerning an unpaid bill.

8. On January 7, 2013, Plaintiff informed Defendant that her son had paid the bill and requested that Defendant cease Robocalls to Plaintiff and direct all future communication to Plaintiff's son. Plaintiff provided Defendant with her son's contact information.

9. Despite Plaintiff's revocation of consent to contact her at her cellular telephone and despite having obtained contact information for Plaintiff's son, Defendant continued to place up to two Robocalls a day to Plaintiff.

10. In fact, Defendant contacted Plaintiff with two Robocalls on January 8th and another two Robocalls on January 9th.

**Plaintiff Suffered Actual Damages**

11. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendant's unlawful conduct.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

14. The foregoing acts and omissions of the Defendants constitutes violations of the

Telephone Consumer Protection Act, including the above-cited provision.

15. The Plaintiff is entitled to damages as a result of the Defendant's violations.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1. Statutory damages of $500.00 dollars for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Attorney's costs and fees; and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 15, 2013

          Respectfully submitted,

          By  */s/ Sergei Lemberg*

          Sergei Lemberg (BBO# 650671)
          LEMBERG & ASSOCIATES L.L.C.
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424
          Attorneys for Plaintiff