**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

Karen Canali,

                Plaintiff,

v.

Charter Communications, Inc.; and DOES 1-10, inclusive,

                Defendant.

_____

Civil Action No.:  4:13-cv-40009-TSH

## **MOTION TO DIMISS**

      Plaintiff, Karen Canali, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves the Court to dismiss this action with prejudice.

      Fed. R. Civ. P. 41(a)(2) provides that:

      an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

      In this case, Plaintiff seeks to voluntarily dismiss the action.  No counterclaim is pled.  Plaintiff seeks dismissal with prejudice.

      WHEREFORE, Plaintiff respectfully requests that the Court dismiss this action with prejudice.

Dated: July 10, 2014

        Karen Canali

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        BBO No.: 650671
        LEMBERG LAW, LLC
        1100 Summer Street, 3rd Floor
        Stamford, CT  06905
        (203) 653-2250
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2014, a true and correct copy of the foregoing Motion to Dismiss was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to:

Brian P. Yoke
Kathleen M. Guilfoyle
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center
Third Floor
Boston, MA 02129

        By  /s/ Sergei Lemberg
              Sergei Lemberg